# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Cindy Marchello, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| C&J Energy Services, Inc., | ) | Case No. 4:15-cv-18 |
| | ) | |
| Defendant. | ) | |

Before the court is a "Stipulation to Amend Scheduling Order" filed by the parties on January 1, 2016. The court **ADOPTS** in part the parties' stipulation (Docket No. 26). The pretrial deadlines shall be amended as follows:

1. The parties shall have until May 27, 2016, to complete fact discovery and to file discovery motions.

2. The parties shall have until May 27, 2016, to move to amend the pleadings to add claims for punitive damages.

3. The parties shall have until June 27, 2016, to file other nondispositive motions (e.g., consolidation, bifurcation).

4. The parties shall have until June 1, 2016, to file other dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 8th day of January, 2016.

                                                                                  */s/ Charles S. Miller, Jr.*
                                                                                   Charles S. Miller, Jr., Magistrate Judge
                                                                                    United States District Court