# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Cindy Marchello, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| C&J Energy Services, Inc., | ) Case No. 4:15-cv-018 |
| Defendant. | ) |

On August 2, 2016, defendant filed a "Suggestion of Bankruptcy" along with copies of the voluntary petitions they filed pursuant to Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of Texas.

Section 362(a)(1) provides that, upon the filing of a bankruptcy petition, all judicial and other proceedings are stayed. See 11 U.S.C.§ 362(a)(1); see also Missouri v. U.S. Bankruptcy Court for E.D. of Ark., 647 F.2d 768, 775 (8th Cir. 1981). Accordingly, the above-entitled action shall be **STAYED**. The final pretrial conference set for October 18, 2016, and trial set for October 31, 2016, are cancelled. Both shall be rescheduled as necessary at a later date and time.

**IT IS SO ORDERED.**

Dated this 19th day of September, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court