# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Cindy Marchello, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| C&J Energy Services, Inc., | ) Case No. 4:15-cv-018 |
| Defendant. | ) |

On September 19, 2016, in the wake of a "Suggestion of Bankruptcy" filed by defendant, the court issued an order staying the above-entitled action.

On December 8, 2016, plaintiff filed a copy of an order issued by the United States Bankruptcy Court for the Southern District of Texas on December 5, 2016. In its order the bankruptcy court modified the automatic stay in defendant's bankruptcy proceedings to permit plaintiff to proceed with her prosecution of the above-entitled action.

Accordingly, the stay imposed in the above-entitled action is lifted. Pursuant to its discussion with the parties during a telephonic status conference held on December 19, 2016, the court **ORDERS**:

(1) The parties shall have until June 1, 2017, to file dispositive motions.

(2) The jury trial shall be rescheduled for October 30, 2017, at 1:30 p.m. in Bismarck before Judge Hovland (5 days).

(3) The final pretrial conference shall be rescheduled for Friday, October 13, 2017, at 1:30 p.m. The conference shall be conducted by telephone. The court shall initiate the conference call.

Dated this 9th day of December, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court